**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAVOND HILL,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-4773** |
| **HENSLEY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 5th day of March, 2026, upon consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 13) and Plaintiff's Declaration and/or Motion to Expedite (ECF No. 18), and the responses thereto, it is hereby **ORDERED** that the Motions are **DENIED.**

BY THE COURT:

_____
Hon. Mia R. Perez