**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAVOND HILL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-4773** |
| | : | |
| **LAUREL HARRY,** *et al.*, | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 8ᵗʰ day of July, 2026, upon consideration of the Motions to Dismiss filed in this case (ECF Nos 56, 59, 63), the Response thereto (ECF No. 71), and the reply filed by two Defendants (72), it is **ORDERED** that:

1. The Motion to Dismiss filed by the "Commonwealth Defendants"—Harry, Terra, Wynder, Hensley, Durand, Meier, Neally, Gery, Diguardi, Thompson, Cavalari, Gerlach, Hinton, Stevenson, Salwen, Yodis, Hydro, Caliguiri, Huner, Ann Lewis (identified in the Amended Complaint as "Anne"), Martin, and Mascellino (ECF No. 56), is **GRANTED in part** and **DENIED in part** as set forth in the Court's accompanying Memorandum.

2. The Motion to Dismiss filed by the "Medical Defendants"—Ashley Senkowski and Lillian Muller—(ECF No. 59) is **GRANTED**.

3. The Motion to Dismiss filed by Defendant Gibson (ECF No. 63) is **GRANTED**.

4. The following claims are dismissed from this case:

   a. All due process claims.

   b. All claims for deliberate indifference to Hill's physical medical needs following the use of force on June 28, 2025.

c.  All claims brought pursuant to the Americans with Disabilities Act and the

Rehabilitation Act.

d.  All claims against Defendants Harry, Terra, Yodis, Caliguiri, Huner, Ashley,

Lilian, Doe, Smith, Meier, Anne, and Gibson.

5.      The Clerk of Court is **DIRECTED** to **TERMINATE** the following Defendants from this case:  Laurel Harry, J. Terra, D. Meier, Yodis, E. Caliguiri, Huner, Ashley, Lilian, Jane Doe, Judy Smith, Anne, and Gibson a/k/a Fats.

6.      The remaining Defendants shall file a responsive pleading addressing the remaining claims in the Amended Complaint within fourteen (14) days of the date of this Order.

**BY THE COURT:**

**HON. MIA R. PEREZ**